fendants, 86 N. Y. Supp. 771. One bill of costs only allowed in this case and in the case of Richard A. Gray et al. v. Same Defendants.

GRAY v. SIEGEL COOPER CO. (Supreme Court, Appellate Division, First Department. February 11, 1904.) Action by Mary A. Gray, as administratrix, against the Siegel Cooper Company. No opinion. Motion denied.

GRIFHAHN. Respondent, v. KREIZER et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Mary C. Grifhahn, as administratrix, etc., against Bernard Kreizer and others. No opinion. Motion granted, unless the appellant file within 10 days an undertaking accurately describing the judgment and approved by the Presiding Justice.

GROARKE, Appellant, v. LAEMLE, Respondent. (Supreme Court, Appellate Division, First Department. February 19, 1904.) Action by Francis J. Groarke against George Laemle. T. Bracken, for appellant. D. L. Berier, for respondent.
PER CURIAM. Judgment affirmed, with costs, on opinion on previous appeal. 56 App. Div. 61, 67 N. Y. Supp. 409.
O'BRIEN, J., dissents.

GUILES v. VILLAGE OF CATTARAUGUS. (Supreme Court, Appellate Division, Fourth Department. January 29, 1904.) Action by Emma E. Guiles against the village of Cattaraugus. No opinion. Motion for reargument denied, with $10 costs.

GUSTAVSON, Respondent, v. JOHNSON, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Leonard Gustavson against John A. Johnson. No opinion. Judgment and order unanimously affirmed, with costs.

HAGAR, Appellant, v. BUFFALO & S. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 8, 1904.) Action by Eber Hagar against the Buffalo & Susquehanna Railroad Company. No opinion. Judgment and order affirmed, with costs.

HAIGHT, Respondent, v. STOCK, GRAIN & PROVISION CO. OF NEW YORK, Limited, Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by William C. Haight against the Stock, Grain & Provision Company of New York, Limited. C. F. Brown, for appellant. W. P. Maloney, for respondent. No opinion. Judgment and order affirmed, with costs.

HALL, Respondent, v. UNITED STATES RADIATOR CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1904.) Action by George Hall against the United States Radiator Company. No opinion. Judgment and order affirmed, with costs.

HARRIS, Appellant, v. HAYNES et al., Respondents. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by M. Albert Harris against John C. Haynes and others. W. H. Benn, for appellant. C. N. Jordan, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

HARRISON, Respondent, v. WILSON et al., Appellants. (Supreme Court, Appellate Division, First Department. February 19, 1904.) Action by Antoinette P. Harrison against George Wilson and another. M. F. Cary, for appellants. J. W. Shepard, for respondent. No opinion. Order affirmed, with costs.

HARTMAN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1904.) Action by Francis Hartman against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

HAWES, Respondent, v. CARR, Appellant. (Supreme Court, Appellate Division, Second Department. January 15, 1904.) Action by Alice L. Hawes, as committee of the person and estate of Mary Crosbie, an incompetent person, against Alfred Carr. No opinion. Order of the Special Term modified, so as to prefer this case only over the issues of the December, 1903, Trial Term, and, as modified, affirmed, with $10 costs and disbursements to the appellant.

HAWES, Respondent, v. CARR, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Alice L. Hawes, as committee, etc., against Alfred Carr. No opinion. Appeal dismissed, with $10 costs and disbursements.

HAWES, Respondent, v. CARR, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Alice L. Hawes, as committee, etc., of Mary Crosbie, an incompetent person, against Alfred Carr. No opinion. Order affirmed, with $10 costs and disbursements.

HAWLEY, Respondent, v. THAYER, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1904.) Action by Clark D. Hawley against Elizabeth B. Thayer. No opinion. Appeal dismissed, with costs, together with $10 costs of this motion, unless within 20 days appellant serves and files the printed record upon appeal and pays the $10 costs of this motion, in which event the motion is denied, without costs.

HAYES, Respondent, v. WEST DISINFECTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 15, 1904.) Action by Harry D. Hayes, Jr., an infant, etc., against the West Disinfecting Company. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

In re HEATHERTON. (Supreme Court, Appellate Division, Second Department. January